E-filing

**FILED**
JUL 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

(PR)

CV 08   3327 VRW

Dear Sir or Madam:

Your action has been filed as a civil case number _____.

It appears that you have not attached a complaint or petition to your other pleadings.

**If you do not submit a complaint or petition (using the above referenced case number) within THIRTY DAYS from the filing date stamped above, your action will be dismissed and the file closed.**

Sincerely,
RICHARD W. WIEKING, Clerk

By _____
Deputy Clerk

(IFP Application / letter / exhibits / motion / no complaint or petition)
(blank complaint form / petition attached)

NEWTON

Rev. 5/08