**FILED**

JUL - 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

CV 08 3327

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CARDELL NEWTON
          Plaintiff,

vs.

People of the STATE of California, Defendant.

CASE NO. A-115972

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Cardell Newton, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ___0___  Net: ___0___

Employer: ___N/A___

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  April 13, 06  $1220.00 per month
5  Howie Harp multi-Service Center
6  OAKLAND CA.
7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.  Business, Profession or           Yes ___ No ✓
10          self employment
11      b.  Income from stocks, bonds,        Yes ___ No ✓
12          or royalties?
13      c.  Rent payments?                    Yes ___ No ✓
14      d.  Pensions, annuities, or           Yes ___ No ✓
15          life insurance payments?
16      e.  Federal or State welfare payments, Yes ___ No ✓
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____N/A_____
22  _____
23  3.  Are you married?                      Yes ___ No ✓
24  Spouse's Full Name: _____N/A_____
25  Spouse's Place of Employment: ___N/A_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____0_____ Net $_____0_____
28  4.  a.  List amount you contribute to your spouse's support: $ ___0___

1  b.   List the persons other than your spouse who are dependent upon you for
2       support and indicate how much you contribute toward their support. (NOTE:
3       For minor children, list only their initials and ages. DO NOT INCLUDE
4       THEIR NAMES.).
5       _____N/A_____
6       _____

7  5.   Do you own or are you buying a home?        Yes ____   No ✓
8  Estimated Market Value: $ —0—   Amount of Mortgage: $ —0—
9  6.   Do you own an automobile?                   Yes ____   No ____
10 Make __N/A__   Year __N/A__   Model __N/A__
11 Is it financed? Yes ____   No ✓   If so, Total due: $ —0—
12 Monthly Payment: $ —0—
13 7.   Do you have a bank account?  Yes ____   No ✓   (Do not include account numbers.)
14 Name(s) and address(es) of bank: __N/A__
15 _____
16 Present balance(s): $ —0—
17 Do you own any cash? Yes ____   No ✓   Amount: $ —0—
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ____   No ✓
20 _____

21 8.   What are your monthly expenses?
22 Rent: $ —0—                    Utilities: —0—
23 Food: $ —0—                    Clothing: —0—
24 Charge Accounts:
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 __N/A__                  $ —0—                    $ —0—
27 _____                 $ _____                 $ _____
28 _____                 $ _____                 $ _____   9.  Do

1 you have any other debts? (List current obligations, indicating amounts and to whom they are
2 payable. Do <u>not</u> include account numbers.)
3 _____N/A_____
4 _____
5 10. Does the complaint which you are seeking to file raise claims that have been presented
6 in other lawsuits? Yes ___ No ✓
7 Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 which they were filed.
9 _____
10 _____
11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 June 24, 08              Cardell Newton
17   DATE                        SIGNATURE OF APPLICANT

1 you have any other debts? (List current obligations, indicating amounts and to whom they are
2 payable. Do <u>not</u> include account numbers.)
3 _____N/A_____
4 _____
5 10.    Does the complaint which you are seeking to file raise claims that have been presented
6 in other lawsuits?   Yes ___   No ✓
7 Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 which they were filed.
9 _____
10 _____
11         I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13         I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 June 24, 08                    Cardell Newton
17       DATE                           SIGNATURE OF APPLICANT
18
19
20
21
22
23
24
25
26
27
28

Case Number: A-115972

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Curdell Newton** for the last six months at

[prisoner name]

**San Quentin** where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **20.00** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **0.00**.

Dated:_____        _____

[Authorized officer of the institution]

```
 TS210B              CALIFORNIA DEPARTMENT OF CORRECTIONS
                         ITAS TRUST ACCOUNT DISPLAY

 --------------   ACCOUNT INFORMATION   --------------  ------ SPECIAL ITEMS -------

 ACCOUNT  NUMBER:  F52079
    ACCOUNT NAME:  NEWTON, CARDELL
    ACCOUNT TYPE:  I
 CURRENT BALANCE:       26.86
    HOLD BALANCE:        0.00
  ENCUM. BALANCE:        0.00
       AVAILABLE:       26.86
 PRIVILEGE GROUP:  D
    LAST CANTEEN:  03/24/2008
 ------------------------- ACCOUNT TRANSACTIONS -------------------------TS210CA
    DATE    TRAN    AMOUNT      DESCRIPTION     CHECK NUM    COMMENT       BALANCE
  --------  ----  ----------  ---------------  -----------  ----------  -----------
  02/26/08  DD31      18.00   CHECK DEPOSIT O               3321MAILRM       18.06
  03/12/08  DD31       9.00   CHECK DEPOSIT O               3520MAILRM       27.06
  03/24/08  FC03      26.06-  DRAW-FAC 3                    3711LCKUP3        1.00
  03/26/08  DD31      11.25   CHECK DEPOSIT O               3766/R&R         12.25
  04/10/08  DD31      11.25   CHECK DEPOSIT O               3974MAILRM       23.50
  04/21/08  FR01       3.36   CANTEEN RETURN                704123           26.86
 PAGE#      1 OF      7 PAGES
```

```
TS210B              CALIFORNIA DEPARTMENT OF CORRECTIONS
                        ITAS TRUST ACCOUNT DISPLAY

--------------- ACCOUNT INFORMATION --------------- ------ SPECIAL ITEMS -------

ACCOUNT  NUMBER:  F52079
   ACCOUNT NAME:  NEWTON, CARDELL
   ACCOUNT TYPE:  I
CURRENT BALANCE:        26.86
   HOLD BALANCE:         0.00
 ENCUM. BALANCE:         0.00
      AVAILABLE:        26.86
PRIVILEGE GROUP:  D
   LAST CANTEEN:  03/24/2008
------------------------ ACCOUNT TRANSACTIONS -----------------------TS210CA
   DATE    TRAN   AMOUNT      DESCRIPTION     CHECK NUM    COMMENT       BALANCE
--------  ----  -----------  ----------------  -----------  ----------  -----------
12/14/07  DD30       9.00   CASH DEPOSIT ON                2368MAILRM     23.85
12/24/07  FR01       0.46   CANTEEN RETURN                 702520         24.31
12/24/07  FC03      19.85-  DRAW-FAC 3                     2526LCKUP3      4.46
01/22/08  FR01       5.00   CANTEEN RETURN                 702848          9.46
01/22/08  FC03       9.46-  DRAW-FAC 3                     2859LOCKUP      0.00
02/19/08  FR01       0.06   CANTEEN RETURN                 703197          0.06
PAGE#      2 OF      7 PAGES
```

```
TS210B              CALIFORNIA DEPARTMENT OF CORRECTIONS
                        ITAS TRUST ACCOUNT DISPLAY

--------------- ACCOUNT INFORMATION --------------- ------ SPECIAL ITEMS -------

ACCOUNT  NUMBER:   F52079
   ACCOUNT NAME:   NEWTON, CARDELL
   ACCOUNT TYPE:   I
CURRENT BALANCE:        0.06
   HOLD BALANCE:        0.00
 ENCUM. BALANCE:        0.00
      AVAILABLE:        0.06
PRIVILEGE GROUP:   D
   LAST CANTEEN:   01/22/2008
------------------------- ACCOUNT TRANSACTIONS -------------------------TS210CA
   DATE     TRAN   AMOUNT      DESCRIPTION      CHECK NUM    COMMENT      BALANCE
 --------   ----   ---------   ---------------  -----------  ----------   ----------
 08/23/07   DD30       9.00    CASH DEPOSIT ON               0750MAILRM     24.15
 10/09/07   DD30       9.00    CASH DEPOSIT ON               1387MAILRM     33.15
 10/09/07   FC03      22.00-   DRAW-FAC 3                    1399/LKUP1     11.15
 10/26/07   DD30       9.00    CASH DEPOSIT ON               1694MAILRM     20.15
 11/07/07   FR01       4.70    CANTEEN RETURN                701855         24.85
 11/13/07   FC03      10.00-   DRAW-FAC 3                    1938/LK2&3     14.85
PAGE#      2 OF     6 PAGES
```

Cordell Newton F-52079
San Quentin Prison
San Quentin, Ca. 94964

Legal mail

Clerk, Northern Dist.
U.S District courthouse
450 Golden Gate Ave.
16th floor
San francisco, Ca.
94102

$00.58 JUN 26 2008
MAILED FROM ZIPCODE 94964

6/27
No Case

Co... ...ial mail

FILED

...27 PM 12:51

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6-24-0

RECYCLED Columbian.